AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

| UNITED STATES OF AMERICA<br>V.<br>ALEJANDRO JOSE RIVERA | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of California | Central District of California | 3-08-70831 EMC | CR08-00713 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
    x  Indictment    ☐ Information    Complaint    ☐ Other (specify)

charging a violation of    21    **U.S.C. §**   Sec. 846, 841(a)(1) and 841(b)(1)(A)

**FILED**
**DEC 11 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DISTRICT OF OFFENSE**
Central District of California

**DESCRIPTION OF CHARGES:**

Conspiracy to distribute and to possess with intent to distribute 5 kilograms or more of a mixture or substance containing cocaine and conspiracy to distribute and possess with intent to distribute 500 grams or more of a mixture of substance containing a detectable amount of methamphetamine or 50 grams or more of actual methamphetamine.

**CURRENT BOND STATUS:**

   x  Bail fixed at    $100,000 secured    and defendant is released on bond
   ☐ Government moved for detention and defendant detained after hearing in District of Arrest
   ☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
   ☐ Other (specify)
   Bond, if any, shall be transferred to the District of Offense

**Representation:**    ☐ Retained Own Counsel    x  Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    X  No    ☐ Yes    Language:

Defendant is ordered to appear before Magistrate Judge in the Central District of California, Los Angeles, CA by 12/17/08.

_12/11/08_                      _[signature]_
Date                                               United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |